**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANTONIO SEBASTIAN, on behalf of himself
and all other employees similarly situated,
Plaintiff

v.

JOSE PALLETS, INC. AND GUADALUPE
MANCILLA, individually, Defendants.

Case No. 1:15-cv-3888
Judge: Hon. Gary Feinerman

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above

entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P.

41(a)(1), the following:

1.      The parties have reached a settlement of the above-captioned action.

2.      The parties therefore stipulate that this matter shall be dismissed in its entirety, **with

prejudice**, with each party incurring its own attorneys' fees and costs, except as otherwise

provided for by the parties' settlement agreement.

Respectfully submitted,

s/ Valentin T. Narvaez
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL  60646

s/ Margherita Albarello
Di Monte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068